IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02765-AP

Reynaldo Del Toro,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

Tracy Stewart
Stewart Law Offices, PC
123 N. College Ave. Ste. 200
Fort Collins, CO 80254
970.402.9584
866.224.4944 (fax)
tracy@stewart-law-offices.com

<u>For Defendant</u>:

Sandra Krider
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001-A
Denver, CO 80294
303.844.0015
303.844.0770 (fax)
sandra.krider@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is a Social Security appeal. The Court has jurisdiction pursuant to 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

    A. **Date Complaint Was Filed:** December 19, 2008

    B. **Date Complaint was Served on U.S. Attorney's Office**: January 2, 2009

    C. **Date Answer and Administrative Record Were Filed:** February 27, 2009

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

It appears the Administrative Record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The Plaintiff has not submitted nor does he intend to submit any additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not provide any unusual claims or defenses.

7. **OTHER MATTERS**

The Plaintiff has no other matters to bring to the attention of the Court.

8. **BRIEFING SCHEDULE**

Due to workload, Defendant's attorney request briefing commence later than 40 days after filing of this joint case management plan. Counsel for both parties have conferred and agreed upon the following proposed briefing schedule:

    A. **Plaintiff's Opening Brief**: May 8, 2009

    B. **Response Brief due:** June 15, 2009

    C. **Reply Brief due:** June 26, 2009

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A. **Plaintiff's Statement:** The Plaintiff does not request oral argument.

    B. **Defendant's Statement:** The Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

   B. (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED: March 18, 2009

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| APPROVED: | DAVID M. GAOUETTE<br>Acting United States Attorney |
| /s Tracy Stewart<br>Tracy Stewart<br>Stewart Law Offices, PC<br>123 N. College Ave. Ste. 200<br>Fort Collins, CO 80254<br>970.402.9584<br>866.224.4944 (fax)<br>tracy@stewart-law-offices.com<br><br>Attorney for Plaintiff | KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>/s Sandra T.Krider<br>Sandra T. Krider<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001-A<br>Denver, CO 80294<br>303.844.0015<br>303.844.0770 (fax)<br>sandra.krider@ssa.gov<br><br>Attorneys for Defendant |